**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: SAPIR, JONATHAN ALLAN | § | Case No. 06-16551 |
| SAPIR, JOYCE YVETTE | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 14, 2006. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $       5,002.69

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $       5,002.69 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 07/14/2008 and the deadline for filing governmental claims was 07/14/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,250.27. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,250.27, for a total compensation of $1,250.27.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/11/2010        By:/s/ILENE F. GOLDSTEIN
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 06-16551 | Trustee: | (330290) ILENE F. GOLDSTEIN |
|---|---|---|---|
| Case Name: | SAPIR, JONATHAN ALLAN | Filed (f) or Converted (c): | 12/14/06 (f) |
| | SAPIR, JOYCE YVETTE | §341(a) Meeting Date: | 01/22/07 |
| Period Ending: | 11/11/10 | Claims Bar Date: | 07/14/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 995,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL AND JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 25,000.00 | 25,000.00 | | 5,000.00 | FA |
| 6 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 7 | PENSION PLANS AND PROFIT SHARING | 104,000.00 | 0.00 | | 0.00 | FA |
| 8 | STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 9 | STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES | 12,000.00 | 0.00 | | 0.00 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.69 | Unknown |
| 12 | Assets Totals (Excluding unknown values) | $1,141,500.00 | $25,000.00 | | $5,002.69 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE HAS RETAINED SPECIAL COUNSEL OF GOULD & RATNER TO EVALUATE & PURSUE JEWLERY, PLACED AS SECURITY FOR DEBTORS COUNSELS ATTORNEY'S FEES. THE TRUSTEE SOLD THE RING TO THE DEBTORS AND IS NOW CLOSING THE ESTATE.

Initial Projected Date Of Final Report (TFR): March 31, 2010    Current Projected Date Of Final Report (TFR): September 30, 2010

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| Case Number: 06-16551 | Trustee: ILENE F. GOLDSTEIN (330290) |
| Case Name: SAPIR, JONATHAN ALLAN / SAPIR, JOYCE YVETTE | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****48-65 - Money Market Account |
| Taxpayer ID #: **-***9019 | Blanket Bond: $3,000,000.00 (per case limit) |
| Period Ending: 11/11/10 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/09 | {5} | Sapir | Sale of personal property | 1129-000 | 5,000.00 | | 5,000.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,000.20 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.41 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.62 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,000.81 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,001.00 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,001.22 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.12 | | 5,001.34 |
| 04/20/10 | | Wire out to BNYM account 9200******4865 | Wire out to BNYM account 9200******4865 | 9999-000 | -5,001.34 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -5,001.34 | 0.00 | |
| Subtotal | 5,001.34 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $5,001.34 | $0.00 | |

{} Asset reference(s)

Printed: 11/11/2010 02:31 PM    V.12.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-16551 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | SAPIR, JONATHAN ALLAN | | Bank Name: | The Bank of New York Mellon |
| | SAPIR, JOYCE YVETTE | | Account: | 9200-******48-65 - Money Market Account |
| Taxpayer ID #: | **-***9019 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 11/11/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4865 | Wire in from JPMorgan Chase Bank, N.A. account ********4865 | 9999-000 | 5,001.34 | | 5,001.34 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 5,001.44 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,001.74 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 5,002.03 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 5,002.32 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 5,002.61 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,002.65 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,002.69 |
| | | | ACCOUNT TOTALS | | 5,002.69 | 0.00 | $5,002.69 |
| | | | Less: Bank Transfers | | 5,001.34 | 0.00 | |
| | | | **Subtotal** | | 1.35 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.35** | **$0.00** | |

Net Receipts :         5,002.69
                       —————————
Net Estate :         $5,002.69

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****48-65 | 5,001.34 | 0.00 | 0.00 |
| MMA # 9200-******48-65 | 1.35 | 0.00 | 5,002.69 |
| | $5,002.69 | $0.00 | $5,002.69 |

{} Asset reference(s)

Printed: 11/11/2010 02:31 PM     V.12.54