**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:   SAPIR, JONATHAN ALLAN   §   Case No. 06-16551
         SAPIR, JOYCE YVETTE     §
                                 §
Debtor(s)                        §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Room 710
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  on December 3, 2010 at 2:00 p.m. in Courtroom B, United States Courthouse Courthouse, 301 Greenleaf Avenue, Park City, IL 60085-5725.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/11/2010    By:    /s/ Ilene F. Goldstein
Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: SAPIR, JONATHAN ALLAN | § | Case No. 06-16551 |
| SAPIR, JOYCE YVETTE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,002.69 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,002.69 |
| **Balance on hand:** | $ 5,002.69 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,002.69 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,250.27 | 0.00 | 1,250.27 |
| Attorney for Trustee, Fees - Gould & Ratner | 5,000.00 | 0.00 | 3,752.38 |

Total to be paid for chapter 7 administration expenses: $ 5,002.65
Remaining balance: $ 0.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.04

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 163,376.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 1 | Berger, Newmark & Fenchel P.C. | 22,947.67 | 0.00 | 0.00 |
| 2 | LVNV Funding LLC its successors and assigns as | 30,086.81 | 0.00 | 0.00 |
| 3 | LVNV Funding LLC its successors and assigns as | 10,531.91 | 0.00 | 0.00 |
| 4 | LVNV Funding LLC its successors and assigns as | 59,708.23 | 0.00 | 0.00 |
| 5 | Citizens Bank of Pennsylvania | 40,102.33 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $         0.00
Remaining balance:   $         0.04

Tardily filed claims of general (unsecured) creditors totaling $ 68,680.57 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 6 | Ross Pettit | 68,680.57 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $         0.04

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | N/A | | |

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.04 |

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman                 Page 1 of 1                  Date Rcvd: Nov 12, 2010
Case: 06-16551                Form ID: pdf006              Total Noticed: 28

The following entities were noticed by first class mail on Nov 14, 2010.
 db           +Jonathan Allan Sapir,    8 Timberline Lane,   Riverwoods, IL 60015-2443
 jdb          +Joyce Yvette Sapir,    8 Timberline Lane,   Riverwoods, IL 60015-2443
 aty          +Christopher J. Horvay,    Gould & Ratner,    222 N. LaSalle Street,    Suite 800,
                Chicago, IL 60601-1086
 aty          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
 aty          +Mark E Leipold,    Gould & Ratner,    222 N LaSalle Street,   Chicago, IL 60601-1086
 tr           +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
                Highland Park, IL 60035-3278
11060749      +Berger Newmark and Fenchel,    303 W. Madison,    Chicago, IL 60606-3309
11245846      +Berger, Newmark & Fenchel P.C.,    303 West Madison St., 23rd Floor,    Chicago, IL 60606-3308
11060750      +Chase Credit Card,    PO Box 15153,    Wilmington, DE 19886-5153
11060751      +Citibank Credit Card,    PO Box 688913,    Des Moines, IA 50368-8913
11060752      +Citibank Credit Card 2,    PO Box 183037,    Columbus, OH 43218-3037
11060753      +Citibank Credit Card 3,    P.O. Box 183037,    Columbus, OH 43218-3037
11060756     +++Citizens Bank of Pennsylvania,    Great Lakes Higher Education Guarantee,    PO Box 7858,
                Madison, WI 53707-7858
11060754      +Dell Preffered Account,    PO BOX 6403,    Carol Stream, IL 60197-6403
11060755      +Dr. Neil Fialkow,    310 Happ Road,    Northfield, IL 60093-3455
11100836       Great Lakes Educational Loan Services, Inc,    Claims Filing Unit,    PO Box 8973,
                Madison, WI 53708-8973
11060757      +Harris Bank (2nd Mortgage),    PO Box 6201,    Carol Stream, IL 60197-6201
11060758      +Harris Mortgage Loan,    PO Box 6148,    Carol Stream, IL 60197-6148
11060760      +Immigration Law Associates, P.C.,    8707 Skokie Blvd, Ste 302,    Skokie, IL 60077-2281
11060761      +JP Morgan Chase Bank,    1 South Northwest Highway,    Park Ridge, IL 60068-4240
11060762      +Law Offices of David P. Leibowitz LLC,    dba Leibowitz Law Center,    420 W. Clayton Street,
                Waukegan, IL 60085-4216
11060763      +McGuireWoods,    77 West Wacker Drive, Suite 4100,    Chicago, IL 60601-1818
11060764      +Mercedes Benz Financial,    PO Box 9001921,   Louisville, KY 40290-1921
11060765      +Ross Pettit,    1225 Telegraph Road,    Lake Forest, IL 60045-3727
11060766     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,     P.O. Box 790117,   St. Louis, MO 63179)
The following entities were noticed by electronic transmission on Nov 13, 2010.
11060748       E-mail/Text: ebnbankruptcy@ahm.honda.com                           American Honda Finance,
                P.O. Box 650024,    Dallas, TX 75265
11060759      +E-mail/Text: ebnbankruptcy@ahm.honda.com                           Honda Financial Services,
                P.O. Box 650024,    Dallas, TX 75265
12319285       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 14, 2010**                              **Signature:** *Joseph Speetjens*