# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: SAPIR, JONATHAN ALLAN | § Case No. 06-16551 |
| SAPIR, JOYCE YVETTE | § |
|  | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $146,097.60 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $278,431.47 |
| Total Expenses of Administration: $5,002.73 | |

3) Total gross receipts of $ 5,002.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,002.73 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,343.01 | 6,343.01 | 5,002.73 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 46,373.95 | 232,057.52 | 232,057.52 | 0.00 |
| **TOTAL DISBURSEMENTS** | $46,373.95 | $238,400.53 | $238,400.53 | $5,002.73 |

     4) This case was originally filed under Chapter 7 on December 14, 2006. The case was pending for 50 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2011          By: /s/ILENE F. GOLDSTEIN
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| WEARING APPAREL AND JEWELRY | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 2.73 |
| **TOTAL GROSS RECEIPTS** | | **$5,002.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,250.27 | 1,250.27 | 1,250.27 |
| Gould & Ratner | 3110-000 | N/A | 5,000.00 | 5,000.00 | 3,659.72 |
| Gould & Ratner | 3220-000 | N/A | 92.74 | 92.74 | 92.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,343.01 | 6,343.01 | 5,002.73 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Berger, Newmark & Fenchel P.C. | 7100-000 | N/A | 22,947.67 | 22,947.67 | 0.00 |
| 2 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 30,086.81 | 30,086.81 | 0.00 |
| 3 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 10,531.91 | 10,531.91 | 0.00 |
| 4 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 59,708.23 | 59,708.23 | 0.00 |
| 5 | Citizens Bank of Pennsylvania | 7100-000 | N/A | 40,102.33 | 40,102.33 | 0.00 |
| 6 | Ross Pettit | 7200-000 | N/A | 68,680.57 | 68,680.57 | 0.00 |
| NOTFILED | Great Lakes | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Neil Fialkow | 7100-000 | 1,005.00 | N/A | N/A | 0.00 |
| NOTFILED | Immigration Law Associates | 7100-000 | 2,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Preferred Account | 7100-000 | 1,487.40 | N/A | N/A | 0.00 |
| NOTFILED | McGuire Woods | 7100-000 | 4,247.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Credit Card | 7100-000 | 17,434.55 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 46,373.95 | 232,057.52 | 232,057.52 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-16551  **Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** SAPIR, JONATHAN ALLAN  **Filed (f) or Converted (c):** 12/14/06 (f)
SAPIR, JOYCE YVETTE  **§341(a) Meeting Date:** 01/22/07
**Period Ending:** 02/08/11  **Claims Bar Date:** 07/14/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 995,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL AND JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 25,000.00 | 25,000.00 | | 5,000.00 | FA |
| 6 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 7 | PENSION PLANS AND PROFIT SHARING | 104,000.00 | 0.00 | | 0.00 | FA |
| 8 | STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 9 | STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES | 12,000.00 | 0.00 | | 0.00 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.73 | Unknown |
| 12 | Assets    Totals (Excluding unknown values) | $1,141,500.00 | $25,000.00 | | $5,002.73 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE HAS RECENTLY SENT HER FINAL ACCOUNT TO THE UST FOR REVIEW.

**Initial Projected Date Of Final Report (TFR):**    March 31, 2010    **Current Projected Date Of Final Report (TFR):**    September 30, 2010

Exhibit 9

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 06-16551 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| **Case Name:** | SAPIR, JONATHAN ALLAN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | SAPIR, JOYCE YVETTE | | **Account:** | ***-*****48-65 - Money Market Account |
| **Taxpayer ID #:** | **-***9019 | | **Blanket Bond:** | $3,000,000.00  (per case limit) |
| **Period Ending:** | 02/08/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/09 | {5} | Sapir | Sale of personal property | 1129-000 | 5,000.00 | | 5,000.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,000.20 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.41 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.62 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,000.81 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,001.00 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,001.22 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.12 | | 5,001.34 |
| 04/20/10 | | Wire out to BNYM account 9200******4865 | Wire out to BNYM account 9200******4865 | 9999-000 | -5,001.34 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -5,001.34 | 0.00 | |
| **Subtotal** | 5,001.34 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,001.34** | **$0.00** | |

{} Asset reference(s)                                                                                       Printed: 02/08/2011 08:47 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-16551  
**Case Name:** SAPIR, JONATHAN ALLAN  
SAPIR, JOYCE YVETTE  
**Taxpayer ID #:** **-***9019  
**Period Ending:** 02/08/11  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******48-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4865 | Wire in from JPMorgan Chase Bank, N.A. account ********4865 | 9999-000 | 5,001.34 | | 5,001.34 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.10 | | 5,001.44 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.30 | | 5,001.74 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.29 | | 5,002.03 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.29 | | 5,002.32 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.29 | | 5,002.61 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,002.65 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,002.69 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,002.73 |
| 12/03/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 5,002.73 |
| 12/03/10 | | To Account #9200******4866 | | 9999-000 | | 5,002.73 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 5,002.73 | 5,002.73 | $0.00 |
| Less: Bank Transfers | | 5,001.34 | 5,002.73 | |
| **Subtotal** | | **1.39** | **0.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$1.39** | **$0.00** | |

{} Asset reference(s)

Printed: 02/08/2011 08:47 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-16551 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
| Case Name: | SAPIR, JONATHAN ALLAN | | Bank Name: | The Bank of New York Mellon |
| | SAPIR, JOYCE YVETTE | | Account: | 9200-******48-66 - Checking Account |
| Taxpayer ID #: | **-***9019 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 02/08/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/03/10 | | From Account #9200******4865 | | 9999-000 | 5,002.73 | | 5,002.73 |
| 12/09/10 | 101 | ILENE F. GOLDSTEIN | Trustee Compensation | 2100-000 | | 1,250.27 | 3,752.46 |
| 12/09/10 | 102 | Gould & Ratner | Outside counsel fees | 3220-000 | | 92.74 | 3,659.72 |
| 12/09/10 | 103 | Gould & Ratner | Fee outside Firm | 3110-000 | | 3,659.72 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,002.73 | 5,002.73 | $0.00 |
| | | | Less: Bank Transfers | | 5,002.73 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,002.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $5,002.73 | |

Net Receipts :    5,002.73
Net Estate :    $5,002.73

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****48-65 | 5,001.34 | 0.00 | 0.00 |
| MMA # 9200-******48-65 | 1.39 | 0.00 | 0.00 |
| Checking # 9200-******48-66 | 0.00 | 5,002.73 | 0.00 |
| | $5,002.73 | $5,002.73 | $0.00 |

{} Asset reference(s)